UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

REGINA RULO-SPEED, )
)
    Plaintiff, )
)
v. ) Case No. 4:17-CV-00853-RWS
)
PS EMPLOYMENT LLC, *et al.*, )
)
    Defendants. )

## ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF FLSA SETTLEMENT

Plaintiff and defendants jointly motion for approval and entry of a Final Order and Judgment approving the FLSA aspects of the settlement in this case. In support of the motion, plaintiff has submitted suggestions explaining the settlement, a declaration in support of settlement amounts, the signed settlement agreement, and attorney fee logs. I have considered the papers filed and proceedings herein and have received no objections to approval of the settlement. Being fully informed and good cause appearing, I will approve the settlement based on the following findings. I find that:

1. The Settlement Agreement was entered into in good faith as a fair and reasonable resolution of a bona fide dispute under the FLSA in the best interest of the parties and the Plaintiff;

2. The FLSA attorneys' fees and costs allocated to Plaintiffs' counsel are fair, reasonable and appropriate;

3. Plaintiff has satisfied the standards and applicable requirements for final

      approval of the FLSA settlement;

4.     The parties do not seek approval nor is approval required by this Court as to the aspects of the settlement unrelated to the FLSA;

5.     The settlement was reached as a result of non-collusive arms-length negotiations.

In granting final approval of the FLSA settlement, I considered the nature of the claims, the amounts and kinds of benefits paid in settlement, the allocation of settlement proceeds, and the fact that a settlement represents a compromise of the parties' respective positions rather than the result of a finding of liability at trial. Additionally, I find that the terms of the settlement have no obvious deficiencies. As a result, I find that the Settlement Agreement was entered into in good faith as a fair and reasonable resolution of a bona fide dispute under the FLSA.

Accordingly,

**IT IS HEREBY ORDERED** that the allocation of attorneys' fees and costs to Plaintiffs' counsel related to the FLSA claim as set forth in the Settlement Agreement is approved, falling within the range of reasonableness.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** with prejudice, except as otherwise contained within the terms of the Settlement Agreement, each party to bear its own costs and expenses associated with the lawsuit.

                                                                   _____
                                                                   RODNEY W. SIPPEL
                                                                   UNITED STATES DISTRICT JUDGE

Dated this 8th day of September, 2017.